UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ABDERRAHMANE BOWBA,

        Petitioner,               Case No. 1:26-cv-251

v.                                         Honorable Robert J. Jonker

TODD LYONS et al.,

        Respondents.

_____/

## **JUDGMENT**

    In accordance with the opinion entered this day:

    **IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as duplicative.

Dated: _____          _____
                                                            Robert J. Jonker
                                                             United States District Judge