UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

ABDERRAHMANE BOWBA,

        Petitioner,                      Case No. 1:26-cv-251

v.                                          Honorable Robert J. Jonker

TODD LYONS et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as duplicative.


Dated:   February 11, 2026                  /s/ Robert J. Jonker
                                                          Robert J. Jonker
                                                          United States District Judge